UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SYNDICATE OF THE PRESS OF THE UNIVERSITY OF CAMBRIDGE,<br><br>Plaintiff(s),<br><br>v.<br><br>VIP TONE INC., ET AL,<br><br>Defendant(s).<br>_____/ | No. C-13-04434 DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff's motion to amend the complaint is set for a hearing on June 26, 2014. Pursuant to Civil Local Rule 7-3, any brief in opposition to Plaintiff's motion was due on May 20, 2014, but no such opposition has been received. <u>Defendant VIP Tone is ordered to respond by **June 6, 2014**, and show cause for its failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by June 6, 2014, Plaintiff's motion may be granted.

IT IS SO ORDERED.

Dated: May 28, 2014



_____
DONNA M. RYU
United States Magistrate Judge