1  THE BUSINESS LITIGATION GROUP, P.C.
   MARC N. BERNSTEIN (CA SBN 145837)
2  Email: mbernstein@blgrp.com
   RICHARD P. HOM (CA SBN 246171)
3  Email: rhom@blgrp.com
   555 Montgomery Street, Suite 1650
4  San Francisco, California 94111
   Telephone:   (415) 765-6633
5  Facsimile:   (415) 283-4804

6  Attorneys for Plaintiff
   CAMBRIDGE UNIVERSITY PRESS
7

8  Glenn M. Smith, (SBN 97973)
   Richard W. Freeman, Jr. (SBN 50533)
9  SMITH DOLLAR PC
   Attorneys at Law
10 404 Mendocino Avenue, Second Floor
   Santa Rosa, California 95401
11 Telephone: (707) 522-1100
   Facsimile: (707) 522-1101
12

13 Attorneys for Defendants
   VIP TONE and EDUTONE CORPORATION

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18

19 | THE SYNDICATE OF THE PRESS OF THE UNIVERSITY OF CAMBRIDGE ON BEHALF OF THE CHANCELLOR, MASTERS AND SCHOLARS OF THE UNIVERSITY OF CAMBRIDGE, | Case No.: 4:13-cv-4434-DMR |

20

21                                              **JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**

                        Plaintiff,

22

23              v.                              **CMC Date: June 4, 2014**

24 VIP TONE INC. (d/b/a EDUTONE), a              **Complaint Filed: September 24, 2013**
   Delaware corporation, and                     **Trial Date:**
25 EDUTONE CORPORATION, a Delaware               **Judge: Hon. Donna M. Ryu**
   corporation.
26
27                      Defendants.

28

JOINT CASE MANAGEMENT
STATEMENT & [PROPOSED] ORDER                          CASE NO.: 4:13-CV-4434-DMR

1   Plaintiff Cambridge University Press ("CUP" or "Plaintiff") and Defendants VIP

2   Tone Inc. and EduTone Corporation (collectively "Defendants") hereby jointly submit

3   this JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER.

4   **Settlement of Case**

5   The parties have agreed in principle to a Settlement of the entire case.  The parties

6   have been discussing the payment and security terms of the Settlement Agreement, and

7   hope and expect to have the agreement finalized and signed on Monday, June 2.  If so,

8   and if the terms for dismissal have been met, Plaintiff will be dismissing the entire action

9   by June 30, 2014.

10   The parties propose to file a further Joint Case Management Conference

11   Statement no later than Tuesday, June 3, advising the Court about whether a final

12   settlement agreement has been signed.  If so, the parties respectfully request that the

13   Court take the June 4 Case Management Conference off calendar at that time.

14   If, on the other hand, the parties have not executed a final settlement agreement

15   by June 2, they will notify the Court of this, and of any requests regarding maintaining

16   or postponing the June 4 CMC, in their June 3 Joint CMC Statement.

17   RESPECTFULLY SUBMITTED,

18

19   DATED: May 30, 2014                    THE BUSINESS LITIGATION GROUP P.C.

20                                          By: _____/s/_____

21                                              Marc N. Bernstein

22                                          Attorneys for Plaintiff
                                            **CAMBRIDGE UNIVERSITY PRESS**

23

24   DATED: May 30, 2014                    SMITH DOLLAR PC

25                                          By: _____/s/_____

26                                              Richard W. Freeman, Jr.

27                                          Attorneys for Defendants
                                            **VIP TONE INC. (d/b/a EDUTONE)**

28                                          **AND EDUTONE CORPORATION**

1

2 **ATTESTATION OF CONCURRENCE IN FILING**

3       In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing

4 of this document has been obtained from Marc N. Bernstein.

5

6 DATED: May 30, 2014                       SMITH DOLLAR PC

7                                  By: _____/s/_____

8                                        Richard W. Freeman, Jr.

9                            Attorneys for Defendants
                           **VIP TONE INC. (d/b/a EDUTONE)**

10                            **AND EDUTONE CORPORATION**

11

12                         ORDER

13       The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER

14 is approved. The parties will file a further Joint Case Management Conference

15 Statement no later than June 3, 2014, informing the Court about the status of settlement,

16 and including any requests about rescheduling or keeping the currently-scheduled

17 June 4, 2014 Case Management Conference.

18

19 IT IS SO ORDERED.

20

21

22

23 DATED: ~~June 2, 2014~~ _____    By: _____

24                                    Donna M. Ryu

25                         UNITED STATES MAGISTRATE JUDGE

26

27

28