THE BUSINESS LITIGATION GROUP, P.C.
MARC N. BERNSTEIN (CA SBN 145837)
Email: mbernstein@blgrp.com
RICHARD P. HOM (CA SBN 246171)
Email: rhom@blgrp.com
555 Montgomery Street, Suite 1650
San Francisco, California 94111
Telephone: (415) 765-6633
Facsimile: (415) 283-4804

Attorneys for Plaintiff
CAMBRIDGE UNIVERSITY PRESS

Glenn M. Smith, (SBN 97973)
Richard W. Freeman, Jr. (SBN 50533)
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Defendants
VIP TONE and EDUTONE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE SYNDICATE OF THE PRESS OF THE UNIVERSITY OF CAMBRIDGE ON BEHALF OF THE CHANCELLOR, MASTERS AND SCHOLARS OF THE UNIVERSITY OF CAMBRIDGE, <br><br> Plaintiff, <br><br> v. <br><br> VIP TONE INC. (d/b/a EDUTONE), a Delaware corporation, and EDUTONE CORPORATION, a Delaware corporation. <br><br> Defendants. | Case No.: 4:13-cv-4434-DMR <br><br> **STIPULATION OF DISMISSAL UNDER FRCP 41(a)(1)(A)(ii) PURSUANT TO SETTLEMENT; [~~PROPOSED~~] ORDER** <br><br><br> **Complaint Filed: September 24, 2013** <br> **Trial Date: January 12, 2015** <br> **Judge: Hon. Donna M. Ryu** |

1     The Parties have reached a settlement in this action and have executed a

2 Settlement Agreement and Mutual Release.  They hereby stipulate to dismiss this action

3 without prejudice pursuant to FRCP 41(a)(1)(A)(ii).  The Parties request that the Court

4 retains jurisdiction to enforce the terms of the Settlement Agreement and Mutual

5 Release.

6     IT IS SO STIPULATED.

7                            Respectfully submitted,

8

9 DATED: June 19, 2014          THE BUSINESS LITIGATION GROUP, P.C.

10

11 By: _____/s/_____
                    Marc N. Bernstein

12 Attorneys for Plaintiff
          **CAMBRIDGE UNIVERSITY PRESS**

13

14

15 DATED: June 19, 2014          SMITH DOLLAR PC

16

17 By: _____/s/_____
                 Richard W. Freeman, Jr.

18 Attorneys for Defendants
          **VIP TONE INC. (d/b/a EDUTONE)**

19 **AND EDUTONE CORPORATION**

20     The Court having considered the stipulation of the Parties, and good cause

21 appearing therefore, orders as follows:

22     The action is DISMISSED WITHOUT PREJUDICE, and the Court shall RETAIN

23 JURISDICTION over this matter to enforce the terms of the Parties' Settlement

24 Agreement and Mutual Release.

25 IT IS SO ORDERED.

26 Dated: _6/19/14_____

27 _____
     United States Magistrate Judge
     Donna M. Ryu

28

1

## <u>ATTESTATION OF CONCURRENCE IN FILING</u>

2      In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing

3  of this document has been obtained from Richard W. Freeman, Jr.

4

5  DATED: June 19, 2014                      THE BUSINESS LAW GROUP, P.C.

6
                                            By: _____/s/_____
7                                                 Marc N. Bernstein

8                                            Attorneys for Plaintiff
                                            **CAMBRIDGE UNIVERSITY PRESS**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28